IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
AUG 2 6 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) MO-09-CR-179(1)
)
)
JOSHUA BELL )

## FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28 United States Code, Section 636(b) this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On the 26th day of August, 2009, this cause came before the undersigned U.S. Magistrate Judge for Guilty Plea and Allocution of the Defendant, **JOSHUA BELL**, on Counts **ONE, TWO and THREE** of the **INDICTMENT** filed herein charging him in Count **ONE** with a violation of Title 18 U.S.C. §§ 2113(a) and 2113(d) and Title 18 U.S.C. § 2, Count **TWO** with a violation of Title 18 U.S.C. § 371 and Title 18 U.S.C. § 2113(a), and Count **THREE** with a violation of Title 18 U.S.C. § 924(c) and Title 18 U.S.C. § 2. The Defendant signed a written consent to plead before the Magistrate Judge. After conducting said proceeding in the form and manner prescribed by FED.R.CRIM.P. 11 the Court finds:

a) That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a U.S. Magistrate Judge subject to final approval and imposition of sentence by the District Court.

*b) That the Defendant pled guilty to **COUNTS ONE, TWO and THREE** of the INDICTMENT without a plea agreement. Any oral agreements were stated into the record by the parties.*

c) That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea,[1] and that the plea

---

[1] The Defendant was admonished as to punishment for Count **ONE** of up to 25 years imprisonment, a fine not to exceed Two Hundred Fifty Thousand Dollars ($250,000.00), up to 5 years supervised release, and a One Hundred Dollar ($100.00) special assessment.

The Defendant was admonished as to punishment for Count **TWO** of up to 5 years imprisonment, a fine not to exceed Two Hundred Fifty Thousand Dollars ($250,000.00), up to 3 years supervised release, and a One Hundred Dollar ($100.00) special assessment.

The Defendant was admonished as to punishment for Count **THREE** of a mandatory minimum 10 years up to life imprisonment, a fine not to exceed Two Hundred Fifty Thousand Dollars ($250,000.00), up to 5 years supervised release, and a One Hundred Dollar ($100.00) special assessment. **The Defendant was informed the punishment in Count THREE would run consecutive to the punishments in Count ONE and Count TWO.**

of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

**IT IS THEREFORE**, the recommendation of the undersigned U.S. Magistrate Judge that the District Court accept the guilty plea of the Defendant, **JOSHUA BELL**, and that **JOSHUA BELL** be finally adjudged guilty of that offense.

The United States District Clerk shall serve a copy of this Proposed Findings of Fact and Recommendation on all parties electronically. In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is ORDERED to mail such party a copy of this Report and Recommendation by certified mail, return receipt requested. Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within ten (10) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar the party from a de novo determination by the District Court. Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within ten (10) days after being served with a copy shall bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice.

**SIGNED** this 26th day of August, 2009.

_____
DAVID COUNTS
United States Magistrate Judge