# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-51091

In re: JOSHUA BELL,

    Movant

**A True Copy**
**Certified order issued Jan 10, 2020**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

Motion for an order authorizing
the United States District Court for the
Western District of Texas to consider
a successive 28 U.S.C. § 2255 motion

Before HAYNES, HIGGINSON, and ENGELHARDT, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Movant's motion for authorization to file a 2255 successive petition is DENIED.

    IT IS FURTHER ORDERED that Movant's motion to expedite the case is DENIED as moot.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 10, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-51091    In re: Joshua Bell
                          USDC No.

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

Ms. Jeannette Clack
Ms. Judy Fulmer Madewell